```
LAWRENCE J. GORNICK (SBN 136290)
EMILY M. CHARLEY (SBN 238542)
LEVIN SIMES KAISER & GORNICK LLP
One Bush Street, 14th Floor
San Francisco, CA 94104
Telephone: 415-646-7160
Facsimile: 415-981-1270

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT PRICE,<br><br>    Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS, L.P., ASTRAZENECA, L.P., AND ELI LILLY AND COMPANY,<br><br>    Defendants. | CASE NO. C 06 1290 EDL<br><br>Before the Honorable ELIZABETH D. LAPORTE<br><br>[~~PROPOSED~~] ORDER VACATING AND/OR CONTINUING CASE MANAGEMENT CONFERENCE (AS MODIFIED)<br><br>Conference Date:    June 27, 2006<br>Conference Time:    3:00 p.m.<br>Location:    Courtroom E, 15th Floor<br>        San Francisco |

For the reasons set forth in Plaintiff's Case Management Conference Statement, the Court hereby continues the June 27, 2006 Case Management Conference ("CMC") to October 24, 2006, at 3:00 pm. In the event the case is not transferred as part of the MDL No. 1769 -- *In re Seroquel Products Liability Litigation* and/or as part of MDL No. 1596 – *In re*

**However, Plaintiff shall serve Defendants with his Complaint within the 120 days required by Fed. R. Civ. P. 4(m).**

- 3 -    [~~PROPOSED~~] ORDER

1  *Zyprexa Liability Litigation,* far enough in advance of the new CMC date, the parties shall file a Joint
2  CMC Statement at least 7 calendar days before the CMC, pursuant to this Court's Standing Order.
3  **IT IS SO ORDERED.**
4  DATED:  June 13, 2006
5  Honorable Elizabeth D. Laporte
6  United States District Court Judge

- 4 -  [PROPOSED] ORDER