**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HERBERT L. PRICE, | |
| Plaintiff, | No. C 06-1290 JSW |
| v. | **ORDER RE COUNTERMOTIONS FOR ADMINISTRATIVE RELIEF RE HEARINGS ON PLAINTIFF'S MOTION TO DISMISS AND ASTRAZENCA'S MOTION TO STAY** |
| ASTRAZENECA PHARMACEUTICALS, et al. | |
| Defendants. | |

This matter comes before the Court on the motion for administrative relief filed by Defendants Astrazeneca Pharmaceutical LP and Astrazeneca LP, in which they request that the Court continue Plaintiff's motion to dismiss and consolidate that motion for hearing with their motion to stay. Plaintiff filed a counter-motion for administrative relief, in which he states he does not oppose a consolidated hearing but requests an earlier hearing date. Defendants oppose Plaintiff's counter-motion on the ground that their counsel is unavailable on the dates selected by Plaintiff.

The Court DENIES both administrative motions, and VACATES the noticed hearing dates on both the motion to dismiss and the motion to stay.

Plaintiff's motion to dismiss this action is fully briefed.

Plaintiff's opposition to the motion to stay is already on file, accordingly, Defendants' reply brief shall be due on Wednesday August 23, 2006. Upon receipt of that brief, the Court shall take the matters under submission.

1     If the Court believes a hearing is warranted, it shall notify the parties.

2     **IT IS SO ORDERED.**

4 Dated: August 17, 2006                      _/s/ Jeffrey S. White_
                                                   JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE